## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| VERONICA VENTRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 8:16-cv-00568 |
| | ) | |
| DISCOVER FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, VERONICA VENTRICE, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

April 13, 2016    By: /s/    Shireen Hormozdi
　　　　　　　　　　　　　　Shireen Hormozdi
　　　　　　　　　　　　　　Hormozdi Law Firm, LLC
　　　　　　　　　　　　　　1770 Indian Trail Lilburn Road, Suite 175
　　　　　　　　　　　　　　Norcross, GA 30093
　　　　　　　　　　　　　　Tel: 678-395-7795
　　　　　　　　　　　　　　Fax: 866-929-2434
　　　　　　　　　　　　　　shireen@agrusslawfirm.com
　　　　　　　　　　　　　　shireen@norcrosslawfirm.com
　　　　　　　　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On April 13, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Jacqueline Simms-Petredis, at jsimms-petredis@burr.com.